PATRICIA L. McCABE, CSBN 156634
Law Offices of Patricia L. McCabe
4100 W Alameda Avenue 3^(RD) Floor, Ste. 301
Burbank, CA 91505
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
KARINA M. ALCARAZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KARINA M. ALCARAZ<br><br>        Plaintiff,<br>v.<br><br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br><br>        Defendant. | Case No. 2:25-cv-05655-MAR<br><br>[proposed] ORDER FOR AWARD OF ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 2412(d), 1920 (EAJA)<br><br>Judge: Honorable Margo A. Rocconi |

Based upon the parties' Stipulation For An Award of Attorney Fees and Costs Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) (EAJA), IT IS ORDERED that attorney fees in the amount of $1,208.83, and costs in the amount of $0.00, be paid to Patricia L. McCabe, Counsel for Plaintiff, subject to the terms of the above-referenced Stipulation.

Date: 12/16/2025    _____
                    Margo A. Rocconi
                    United States Magistrate Judge